May 18, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 91–7151.   IN RE DE'ALBUQUERQUE;
No. 91–7826.   IN RE DEPEW; and
No. 91–7833.   IN RE QUIRKE.   Petitions for writs of habeas corpus denied.

No. 91–1421.   UNITED STATES v. HILL ET UX.   C. A. Fed. Cir.   Certiorari granted.

No. 91–1231.   UNITED STATES v. DIXON ET AL.   Ct. App. D. C. Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 91–1085.   CHESTMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 91–1152.   PUBLIC UTILITY DISTRICT No. 1, DOUGLAS COUNTY, WASHINGTON v. BONNEVILLE POWER ADMINISTRATION. C. A. 9th Cir.   Certiorari denied.

No. 91–1234.   RICHARDS v. LIBERTY MUTUAL FIRE INSURANCE Co.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 91–1265.   BELHUMEUR ET AL. v. MASSACHUSETTS EDUCATION ASSN. ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 91–1267.   B. J. ALAN CO., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 91–1281.   POPKIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 91–1286.   SANGRE DE CRISTO DEVELOPMENT CO., INC., ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.